# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————

No. 1D18-2695

—————————————

KAIRON ALEXANDER RITCHEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————

On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

July 17, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and BILBREY and JAY, JJ., concur.

—————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————

Andy Thomas, Public Defender, and M. J. Lord, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.